IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

WALTON JOHN ALEXANDER, §
    Petitioner, §
     §
VS. § CIVIL ACTION NO.4:07-CV-678-Y
     §
NATHANIEL QUARTERMAN, Director, §
T.D.C.J.,Correctional §
Institutions DIV., §
    Respondent. §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Walton John Alexander under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on May 28, 2008; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 16, 2008.[1]

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled, and that the petition for writ of habeas corpus should be dismissed with prejudice as time-barred under 28 U.S.C. § 2244, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Walton John Alexander's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

SIGNED June 20, 2008.

                                     TERRY R. MEANS
                                     UNITED STATES DISTRICT JUDGE

---

[1] Alexander also filed a motion for leave to proceed in forma pauperis, but he has already been authorized to proceed IFP, so this motion [docket no. 19] is DENIED as moot.